IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STEVIE DELANE GRIFFIN,** **PLAINTIFF**
**# 200954451**

v.   CIVIL NO. 1:25cv223-HSO-BWR

**SHERIFF JOHN LEDBETTER,**
**VITAL CORE MEDICAL, JACKSON**
**COUNTY CIRCUIT COURT, and**
**JACKSON COUNTY, MISSISSIPPI**   **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 3rd day of November, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE